| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
|   | Acting Federal Public Defender |
| 2 | NED SMOCK |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant DARRELL ARMSTRONG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 11-00777 PJH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER RESCHEDULING BAIL |
| | ) | REVIEW HEARING |
| DARRELL ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is currently scheduled for a bail review hearing on Wednesday, October 10, 2012 at 9:30 a.m. The defense has been informed that the assigned United States Pretrial Services Officer will not be available, and that she has not yet been able to perform a site visit at the proposed residence and workplace for Mr. Armstrong. She indicates that she will be available and will have been able to perform this task by October 22, 2012. Accordingly, the parties ask that the October 10, 2012 bail review hearing be taken off calendar and rescheduled for Tuesday, October 23, 2012 at 9:30 a.m.

October 9, 2012      /s/ Ned Smock
                    NED SMOCK
                    Counsel for Darrell Armstrong

CR 11-00777 PJH
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| October 9, 2012 | /s/ Richard Cheng |
| | RICHARD CHENG |
| | Assistant United States Attorney |

## ORDER

For the reasons set forth above, the October 10, 2012 bail review hearing is rescheduled for October 23, 2012 at 9:30 a.m.

IT IS SO ORDERED.

| | |
|---|---|
| 10/09/12 | *Kandis Westmore* |
| DATED | HON. KANDIS WESTMORE |
| | United States Magistrate Judge |